In re Tyco Int'l Ltd MDL (02-352)     MD-02-1335-B   12/30/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**In re Tyco International, Inc.**
**Multidistrict Litigation (MDL 1335)**

_____MDL DOCKET NO. 02-1335-B
_____**DERIVATIVE ACTION**
_____Civil No. 02-352-B
Opinion No. 2003 DNH 231

## O R D E R

The order issued December 29, 2003, granting the plaintiff's motion to amend and denying defendants' motions to dismiss without prejudice contained incorrect document numbers regarding the motions to dismiss. This order correctly identifies the document numbers of the motions to dismiss denied without prejudice (Doc. No. 16, 23, 27, 28, 29, 34, 36, 38, 39). The order issued December 29, 2003, is otherwise unchanged.

SO ORDERED.

_____
Paul Barbadoro
Chief Judge

December 30, 2003

cc:  All Counsel of Record